UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

MARYANN SAHOURY, individually, and as
guardian ad litem for A.S.,

                Plaintiffs,

v.

MEREDITH CORPORATION,

                Defendant.

Case No. 2:11 Civ. 05180 (KSH) (PS)

CIVIL ACTION

JUDGMENT APPROVING MINOR'S
SETTLEMENT AND DIRECTING THE
DEPOSIT OF FUNDS

---

This matter having come before the Court in accordance with R. 4:44-3 on February 25, 2013, and Fred J. Pisani, Esq., of the firm of Ramp & Pisani, LLP, attorney for the plaintiffs, and Jennifer A. Klear, Esq., attorney for the defendant, appearing, and the attorneys for the parties having reported to the court that they have arrived at a settlement of the minor plaintiff's claim between the plaintiffs and the defendant, and the Court having taken proofs on the record [on February 25, 2013; and for the reasons set forth on the record], and being satisfied that the settlement amount is fair and reasonable and in the minor's best interest.

IT IS on this 25th day of February, 2013, ORDERED and ADJUDGED that:

1. Judgment is entered on behalf of A.S., a minor by her Guardian *ad Litem*,[*] in the gross amount of $50,000.00 against the defendant, Meredith Corporation, without costs and/or interest.

[*] For the purpose of this federal case, Maryann Sahoury is deemed A.S.'s guardian pursuant to Fed R Civ P 17

Case 2:11-cv-05180-PS-PS   Document 70-1   Filed 02/21/13   Page 2 of 3 PageID: 741

2. There will be no deductions from the minor's gross settlement ~~and paid by the defendant~~ for costs or for plaintiff's attorney fees ~~or medical bills from the minor's recovery~~. There are no medical bills to be paid.

3. Plaintiff, Maryann Sahoury, shall immediately apply to the Surrogate of Bergen County pursuant to R. 4:81 for the appointment of a guardian of the estate of the minor. It shall be the responsibility of the attorney for the plaintiffs to see that this appointment is completed.

4. Pursuant to R. 4:48A the net recovery of $50,000.00, payable for the benefit of the minor plaintiff, shall be paid ~~by or on behalf of the defendant(s)~~ by check payable to the "Surrogate of Bergen County Intermingled Trust Fund F/B/O of A.S., a minor", within 30 days of this Judgment. It is and shall be the responsibility of the attorney for the plaintiffs to see that this deposit is completed.

5. Upon the payment of the minor's ~~net~~ recovery into the Surrogates' Intermingled Trust Fund, the Surrogate has the discretion to require or dispense with the posting of a bond by the person applying to be guardian of the minor's estate ~~is dispensed with~~ pursuant to N.J.S.A. 3B:15-16.

6. Monies may be withdrawn from said account only upon further order of the Superior Court of New Jersey, Chancery Division, Probate Part, pursuant to N.J.S.A. 3B:15-17, or upon the minor attaining majority pursuant to N.J.S.A. 3B:15-17.1.

7. The Guardian *ad Litem* shall provide the Surrogate with the minor's Social Security Number and a copy of the minor's birth certificate. Personal identifying information shall be redacted from said documents and the same shall not be released to or made available for public scrutiny unless ordered to do so by the Superior Court.

8. The guardian of the minor's estate is not authorized to receive any additional funds or property on behalf of the minor, except upon application to the Superior Court, Chancery Division, Probate Part, where the terms or conditions for the receipt of additional funds or property may be fixed. Pursuant to N.J.S.A. 3B:12-37, said limitation shall be stated in the Letter of Guardianship certificates hereinafter issued by the Surrogate.

9. Upon qualifying, the Surrogate of Bergen County shall issue [exercise its discretion] Letters of [if it deems appropriate to] Guardianship for the Estate of A.S., a minor, ~~and thereupon said person appointed guardian be and hereby is authorized to perform all of the duties and responsibilities of a guardian as allowed by law, except as limited herein~~.

10. The attorney for the plaintiffs shall deliver a copy of this Judgment to all parties and the Surrogate of Bergen County within 30 days of the date hereof.

10. The court will not retain jurisdiction over the settlement of the minor's claims.

_____
Honorable Patty Shwartz
United States Magistrate Judge