UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------x

MARYANN SAHOURY, individually, and as guardian ad litem, for A.S.,

    Plaintiffs,

v.

MEREDITH CORPORATION,

    Defendant.

------------------------------x

Case No. 2:11 Civ 05180 (KSH) (PS)

STIPULATION OF DISMISSAL
WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rule of Civil Procedures, Plaintiffs MaryAnn Sahoury and A.S. ("Plaintiffs"), by their undersigned counsel, and Defendant Meredith Corporation, by its undersigned counsel, hereby stipulate and agree to the dismissal of this action, with prejudice.

Dated: February 21, 2013

By: _____
Fred J. Pisani, Esq.
Ramp & Pisani, LLP
60 Westervelt Avenue
P.O. Box 249
Tenafly, New Jersey 07670
Telephone: 201-567-8877
Facsimile: 201-567-7053

*Attorney for Plaintiffs*

By: *[signature: Jennifer A. Klear]*

Jennifer A. Klear, Esq.
Law Office of Jennifer A. Klear
445 Park Avenue, 9th floor
New York, New York 10022
(212) 579-5943

*Attorneys for Defendant*

**IT IS HEREBY ORDERED** on this _____ day of _____, 2013, that the dismissal of this action, with prejudice, is granted.

_____
Honorable Katharine S. Hayden
United States District Court Judge